UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SALIFU JALLOW,

Petitioner,

v.

No. 5:22-CV-00055-H

RACHEL CHAPA,

Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and

decreed that the petition for writ of habeas corpus is dismissed with prejudice.

Dated October 31, 2022.

JAMES WESLEY HENDRIX
United States District Judge